Sherryl D. WARREN, Petitioner,

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2011–3223.

United States Court of Appeals, Federal Circuit.

Jan. 3, 2013.

Mark S. Bove, Mark S. Bove, PC, of Denver, CO, argued for petitioner.

Nicholas Jabbour, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief was Humberto Ruiz, Attorney–Advisor, Office of the Chief Counsel, Federal Aviation Administration, Washington, DC.

DYK, PLAGER, REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**